NYU | LAW

**Andrew Larkin**
*Acting Assistant Professor*

**Lawyering Program**
245 Sullivan Street
Furman Hall, Room C-37
New York, NY 10012
andrew.larkin@law.nyu.edu
(651) 233-4968

May 14, 2026

The Honorable Jeannette A. Vargas
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: 26-cv-3771, Ahmed v. Almodovar et al.

Dear Judge Vargas:

Pursuant to the Court's May 7, 2026 Order, the Parties have agreed to the following briefing schedule:

- Petitioner shall file an amended petition on or before June 4, 2026;
- Respondents shall file a response to the petition on or before June 18, 2026;
- Petitioner shall file a reply on or before June 25, 2026.

In light of this proposed schedule, the Parties have further agreed that a case management conference on May 15, 2026, is unnecessary.

Respectfully submitted,

*[signature]*

Andrew Larkin

**SO ORDERED:**

*Jeannette Vargas*

The Honorable Jeannette A. Vargas
United States District Judge
Dated: May 14, 2026