**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAJU AHMED<br><br>*Petitioner*,<br><br>v.<br><br>JUDITH ALMODOVAR et. al.<br><br>*Respondents*. | HON. JEANNETTE A. VARGAS<br><br>*Civil Action No.* 26-cv-03771 (JAV)<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE WITH PROPOSED ORDER** |

**PETITIONER RAJU AHMED HEREBY VOLUNTARILY DISMISSES** this action under Fed. R. Civ. P. 41(a)(1)(A)(i) without prejudice and without costs or attorneys' fees to either party.

By:

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: June 18, 2026

JEANNETTE A. VARGAS
U.S. DISTRICT JUDGE

RHIDAYA S TRIVEDI
RONALD L. KUBY
Law Office of Ronald L. Kuby
119 West 23rd Street Suite 900
New York, NY 10011
rhiyatrivedi@gmail.com

Andrew Larkin
245 Sullivan Street, Ste. C-37
New York NY 10012
andrew.larkin@law.nyu.edu
651.233.4968

*Attorney for Petitioner*

So Ordered:

________________________________
HON. JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE